**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **INFORMATION**

3:26mj256

**JAY A. WILSON**

______________________________/

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**

That on or about May 6, 2026, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**JAY A. WILSON,**

did unlawfully operate a motor vehicle with a breath-alcohol level of 0.15 or more grams of alcohol per 210 liters of breath, and did unlawfully operate a motor vehicle while under the influence of alcoholic beverages or a substance set forth in Section 877.111 or controlled by Chapter 893, Florida Statutes, while affected to the extent that his normal faculties were impaired (second or subsequent offense), in violation of Section 316.193, Florida Statutes, and Title 18, United States Code, Sections 7 and 13.

FILED USDC FLND PN
AUG 17 '26 AM9:11

**COUNT TWO**

That on or about May 6, 2026, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**JAY A. WILSON,**

did unlawfully possess an open container of an alcoholic beverage and consume an alcoholic beverage while operating a vehicle, in violation of Florida Statutes Section 316.1936(2), and Title 32, Code of Federal Regulations, Section 634.25.

(for)
JOHN P. HEEKIN
United States Attorney

**8/14/2026**
DATE